# CRIMINAL DOCKET

Southern District of Texas

CRIMINAL No. 3:24-cr-16

Transfer of Jurisdiction of Supervised Release or Probation.
Transferring Court EDLA New Orleans

Date Filed 5/21/2024                     Judge Brown

UNITED STATES OF AMERICA
v.

Brandon Turner

---

Charge: Counts 1-2 21:841(a)(1) and 841(b)(1)(C) KNOWINGLY AND
INTENTIONALLY DISTRIBUTE A MIXTURE OR SUBSTANCE
CONTAINING A DETECTABLE AMOUNT OF HEROIN
Count 3 21:841(a)(1) and 841(b)(1)(C) KNOWINGLY AND
INTENTIONALLY POSSESS WITH THE INTENT TO
DISTRIBUTE A QUANTITY OF A MIXTURE OR SUBSTANCE
CONTAINING A DETECTABLE AMOUNT OF HEROIN

---

Penalty: Sentence to Run Concurrently to Case 2:10-cr-00197 for 70 months
custody of BOP, 4 years Supervised Release, NO fine.

---